___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 18-01680-JLS (DFMx)     Date: January 30, 2019
Title: Nehemiah Kong v. Warner Center L.P., et al.
___

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

    Not Present                                        Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE ("OSC")
REGARDING JOINT STATUS REPORT**

     On October 22, 2018, the Court issued an Order Granting Application for Stay and Early Mediation: ADA Disability Access Litigation that directed the parties to file a Joint Status Report no later than 7 days after completion of the ADR mediation. (*See* Doc. 13). To date, the Court has not received a Joint Status Report filed by the parties.

     Accordingly, counsel is hereby ordered to show cause in writing no later than **February 6, 2019**, why this case should not be dismissed and/or issue sanctions for failure to comply with this Court's order. The Court will consider either the filing of a Notice of Settlement or a Stipulation of Dismissal, on or before the date upon which the response is due as a satisfactory response to the Order to Show Cause.

                                                                                Initials of Preparer: tg

___